IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALAN YOCOM,

    Plaintiff,

v.

WARDEN RANDY GROUNDS, et al.,

    Defendants.
_____/

No. C 11-05741 SBA (PR)

**ORDER**

    On June 11, 2012, Plaintiff Michael Alan Yocom filed a motion for the Court to rule on his then pending application for in forma pauperis (IFP) status. (Dkt. 11). On June 14, 2012, the Court granted Plaintiff's request to proceed IFP. (Dkt. 12). Therefore, this motion is denied as moot.

    Defendants' unopposed motion for a ten-day extension of time to file their Answer is granted nunc pro tunc.

    This Order terminates Docket no. 11 and 61.

    IT IS SO ORDERED.

DATED: 12/10/12

                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

L:\PRO-SE\SBA\CR.11\Yocom 11-5741 IFP Request Deny.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALAN YOCOM,

        Plaintiff,

v.

WARDEN RANDY GROUNDS et al,

        Defendant.

Case Number: CV11-05741 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Alan Yocom
20731 Rd. 254
Strathmore, CA 93267

Dated: December 13, 2012

                                        Richard W. Wieking, Clerk
                                        By: Lisa Clark, Deputy Clerk