IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALAN YOCOM,

       Plaintiff,

  v.

WARDEN RANDY GROUNDS, et al.,

       Defendants.

_____/

No. C 11-05741 SBA (PR)

**ORDER**

      On June 11, 2012, Plaintiff Michael Alan Yocom filed a motion for the Court to rule on his then pending  application for in forma pauperis (IFP) status.  (Dkt. 11).  On June 14, 2012, the Court granted Plaintiff's request to proceed IFP.  (Dkt. 12).  Therefore, this motion is denied as moot.

      Defendants' unopposed motion for a ten-day extension of time to file their Answer is granted nunc pro tunc.

      This Order terminates Docket no. 11 and 61.

      IT IS SO ORDERED.

DATED:   12/10/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

1   UNITED STATES DISTRICT COURT
    FOR THE
2   NORTHERN DISTRICT OF CALIFORNIA

3

4   MICHAEL ALAN YOCOM,
                                              Case Number: CV11-05741 SBA
            Plaintiff,
5                                             **CERTIFICATE OF SERVICE**

6     v.

7   WARDEN RANDY GROUNDS et al,

            Defendant.
8   _____/

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11  That on December 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.

13

14

15  Michael Alan Yocom
    20731 Rd. 254
16  Strathmore, CA 93267

17  Dated: December 13, 2012

                                              Richard W. Wieking, Clerk
18                                            By: Lisa Clark, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*For the Northern District of California*