IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MICHAEL ALAN YOCOM,**<br><br>Plaintiff,<br><br>v.<br><br>**WARDEN RANDY GROUNDS, et al.,**<br><br>Defendants. | C 11-5741 SBA (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

Defendants request to change time in which to file a dispositive motion, up to and including February 15, 2013. The Court, having considered Defendant's request, and good cause having been found:

**IT IS ORDERED** that Defendants' request to change time in which to file a dispositive motion, up to and including February 15, 2013, is GRANTED. Plaintiff must file and serve on Defendants' counsel his opposition to the dispositive motion no later than April 19, 2013. Defendant may file and serve his reply brief no later than May 17, 2013.

Dated: 12/10/12

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge

SF2012204951; 20652934.doc

1

[Proposed] Order Granting Defs.' Mot. to Change Time (C 11-5741 SBA (PR))